Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

_____ Division

**FILED**

JUN 10 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Case No. **5:19 CV 1334**

*(to be filled in by the Clerk's Office)*

**JUDGE ADAMS**

Jury Trial: *(check one)*   ☒ Yes   ☐ No

**MAG. JUDGE LIMBERT**

Chadwick Lynn Miller

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Akron Bar Association, Attorney Refferal

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Chadwick Lynn Miller |
| Street Address | 6421 Grotyon St NW, Apt G1 |
| City and County | Canton, Stark County |
| State and Zip Code | Ohipo 44708 |
| Telephone Number | 330-204-1904 |
| E-mail Address | cmill140123@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

|  |  |
|---|---|
| Name | Akron Bar Asssociation, Attorney Refferal |
| Job or Title *(if known)* | Matt Albright, Attorney Referal Manager |
| Street Address | 57 S. Broadway Street, Akron |
| City and County | Akron, Summit County |
| State and Zip Code | Ohio 44308 |
| Telephone Number | 330-253-5007 |
| E-mail Address *(if known)* | development@akronbar.org |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question              ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 2339A. Providing material support to terrorists - (Persons with specific skills or knowledge)
Tilte 18, U.S. C, Section 241 Conspiracy against rights.
Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
Title 18 USCS § 2261A. Stalking.
I am sure the FBI will have many more, I did my best to outline basic violations

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

  a.      If the plaintiff is an individual

  The plaintiff,  *(name)*                                          , is a citizen of the
  State of *(name)*                                    .

  b.      If the plaintiff is a corporation

  The plaintiff,  *(name)*                                          , is incorporated
  under the laws of the State of *(name)*                                      ,
  and has its principal place of business in the State of *(name)*

  .

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

  a.      If the defendant is an individual

  The defendant,  *(name)*                                          , is a citizen of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

the State of *(name)*                                   . Or is a citizen of

*(foreign nation)*                        .

b.      If the defendant is a corporation

The defendant, *(name)*                             , is incorporated under

the laws of the State of *(name)*                        , and has its

principal place of business in the State of *(name)*          .

Or is incorporated under the laws of *(foreign nation)*        ,

and has its principal place of business in *(name)*          .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      6/10/19

Signature of Plaintiff

Printed Name of Plaintiff     Chadwick Lynn Miller

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

*United States District Court*
*for the*
*Northern District of Ohio*

*From:* **Chadwick Lynn Miller**                                         *Case Number*_____
*6421 Groton ST NW, APT G1*
*Canton Ohio 44708*

### Section 3 of Complaint form: Statement of Claim

I am a terrorist victim, the victim of a thought reading transmission technology installed on me against my will. FBI contact for information Jake Kunkel, Canton Ohio office cell – 330-353-3432. This technology is used by those who support the terrorist who installed the technology in an attempt to destroy, exploit, violate, cause mental harm and ultimately end my life. The Akron bar deliberately aided the terrorist by using mind altering tactics. Tactics include impersonating people from my past, deliberately lying and misleading me about attorney referral services trying to ensure my rights as an American are not upheld. Creating a miserable and inhuman environment for me to live in while the technology broadcasts my life to as far as I know the whole world. Suicide as the ultimate goal was mentioned as a truthful intent by some other participants.

Many attorneys (perhaps knowingly) who were referred to me were also involved. All incidents were reported to the FBI as I was under their surveillance and protection while seeking attorney referrals. All incident documented with the FBI were between May of 2018 and last contact was the week of June 1 2019. **The FBI will be issued a subpoena requesting all information pertaining to this matter.**

### Section 4 of Complaint form: Relief

The relief sought is due to supporting terrorist activity, participating and inciting stalking, mental abuse, mind control attempts, purposefully causing hardship, defamation, resulting in damage to the way my brain processes information initially as instinct due to knowing the intent of the participants (essentially brain damage) and becoming extremely self-conscience. All this done to an American, a terrorist victim who cannot even shower in privacy.

The amounts claimed – 150 Million
Reasons for claim based on previous cases – Aaron Andrews's Case – (Former ESPN reporter) I believe settled for 55 million. My case is much more sever and inhumane, as my invasion of privacy has been ongoing for nearly 20 years to the best of my knowledge. Although the defendant did not install the technology they did aid abet the technology in trying to destroy my mind, life and how I am seen by the public.

Results and intent include - Defamation, right violations, trying to prevent me from attaining legal representation, (I have reported hundreds of participants to the FBI) holding those involved responsible and mental anguish.